429 A.2d 101

Commonwealth v. Cannon, Appellant.

Submitted November 16, 1979. Louis R. Dadowski, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.

429 A.2d 102

Commonwealth v. Carlisle, Appellant.

Submitted April 16, 1980. Bruce A. Barrett, for appellant; Stephen Toole, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.